UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS JOHNSON, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.    O8 C 1903 |
| | ) | |
| JAMES B. PEAKE, Secretary, U.S. | ) | Judge Lefkow |
| Department of Veterans Affairs and the | ) | |
| Department of Veterans Affairs, Security | ) | Magistrate Judge Brown |
| and Investigation Center, | ) | |
| | ) | |
| defendants. | ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that I have this 28th day of April, 2008 caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Proof of Compliance with FRCP No. 4, copies of which are hereby served upon you.

    **Respectfully submitted,**
    **THOMAS JOHNSON,**

BY:  /s/_____
        Timothy A. Bridge
        Plaintiff's Attorney

Timothy A. Bridge
Attorney at Law
3N206 Loblolly Lane
St. Charles, IL 60175
(630) 762-1135
(630) 762-1282 (FAX)
tabridge@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      TIMOTHY A. BRIDGE, plaintiff's attorney, certifies that he caused Plaintiff's Proof of Compliance with FRCP 4 to be efiled with the Clerk of the Court this 28th day of April, 2008 and also served upon the U.S. Assistant Attorney designated by the United States Attorney, Pierre C.Talbert via email addressed as follows: pierre.talbert@usdoj.gov.

                                              _____
                                              Timothy A. Bridge

Timothy A. Bridge
Attorney at Law
3N206 Loblolly Lane
St. Charles, IL 60175
(630) 762-1135
(630) 762-1282 (FAX)
tabridge@sbcglobal.net

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THOMAS JOHNSON

V.

JAMES B. PEAKE, Secretary, U.S. Department of Veterans Affairs

CASE NUMBER: **08 C 1903**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Michael Mukasey, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy A. Bridge
3N206 Loblolly Lane
St. Charles, IL  60175

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

-----------------------------------
(By) DEPUTY CLERK

**April 3, 2008**
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                            _____
                                            *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $1.48 | 0188 |
| Certified Fee | $2.65 | 16 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.28 | 04/04/2008 |

Sent To: MICHAEL MUKASEY
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE N.W.
City, State, ZIP+4 WASHINGTON DC. 20530-0001

PS Form 3800, August 2006

7007 2560 0001 2143 5517

---

COMPLETE THIS SECTION ON DELIVERY

1, 2, and 3. Also complete
ed Delivery is desired.
and address on the reverse
eturn the card to you.
to the back of the mailpiece,
space permits.

A. Signature
X [signature: Ernesty Parkin]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 0 9 2008                     2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:        ☐ No

MUKASEY
IRNEY GENERAL
T. OF JUSTICE
NSYLVANIA AVE.
N.W.
,TON, DC. 20530

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchan
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

service label)  7007 2560 0001 2143 5517

1, February 2004    Domestic Return Receipt    102

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THOMAS JOHNSON

V.

JAMES B. PEAKE, M.D., Secretary, U.S.
Department of Veterans Affairs

CASE NUMBER: **08 C 1903**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Patrick J. Fitzgerald
U.S. Attorney, Northern District of Illinois
219 South Dearborn, Fifth Floor
Chicago, IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy A. Bridge
3N206 Loblolly Lane
St. Charles, IL  60175

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk



----------------------------------
(By) DEPUTY CLERK

April 3, 2008

----------------------------------
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60604    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.48 | 0188 |
| Certified Fee | $2.65 | 16 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 04/04/2008 |

Sent To: FITZGERALD
Street, Apt. No.; or PO Box No.: 219 S. DEARBORN, 5th FLR
City, State, ZIP+4: CHICAGO, IL. 60604

PS Form 3800, June 2002    See Reverse for Instructions

7006 0100 0001 7147 9003

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATRICK J. FITZGERALD
US ATTY. N.A.
219 S. DEARBORN, 5th FLR
CHICAGO, IL.
   60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): MARK [illegible]   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[APR 10 2008 USPO stamp]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0001 7147 9003

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THOMAS JOHNSON

V.

JAMES B. PEAKE, Secretary, U.S. Department of Veterans Affairs

CASE NUMBER: **08 C 1903**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

James B. Peake, M.D., Secretary
U.S. Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C.  20420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy A. Bridge
3N206 Loblolly Lane
St. Charles, IL  60175

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

---------------------------------------
(By) DEPUTY CLERK

**April 3, 2008**

---------------------------------------
Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*                                 *Signature of Server*


                                                      _____
                                                                  *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



USPS - Track & Confirm

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0001 7147 9010**
Status: **Delivered**

Your item was delivered at 4:43 AM on April 9, 2008 in WASHINGTON, DC 20420.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )    ( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA