Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1903 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Johnson vs. Peake | | |

DOCKET ENTRY TEXT

Enter Scheduling Order. Non-expert discovery will close on 10/30/2008. Cut-off date for designation of plaintiff's trial expert(s) is 9/15/2008; for defendant's trial expert(s) is 9/30/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED-EDT

2008 JUN 23  PM 6: 18

CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|